1  MAYER, BROWN, ROWE & MAW LLP
   David M. Thimmig (*pro hac vice*)
2  Robert S. Rigg (*pro hac vice*)
   71 S. Wacker Drive
3  Chicago, Illinois 60606
   Telephone: (312) 782-0600
4  Facsimile: (312) 701-7711

5  MAYER, BROWN, ROWE & MAW LLP
   Shirish Gupta (SBN 205584)
6  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306
7  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
8
   Attorneys for Defendant Vaughan & Bushnell
9  Manufacturing Co.

10

11                    UNITED STATES DISTRICT COURT

12          EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

13

14  STILETTO TOOLS, INC.,                **CASE NO. 1:04-CV-6386 OWW/DLB**

15              Plaintiff,               **STIPULATION OF DISMISSAL AND
                                         ORDER THEREON**
16  v.

17  VAUGHAN & BUSHNELL
    MANUFACTURING COMPANY;
18  PULL'R HOLDINGS, LLC; and DOES 1-
    10,
19
                Defendants.
20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to a Confidential Settlement Agreement and Release, IT IS HEREBY STIPULATED by and between Plaintiff STILETTO TOOLS, INC. and Defendant VAUGHAN & BUSHNELL MANUFACTURING CO. (hereinafter "VAUGHAN"), through their counsel of record, that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice with respect to Plaintiff STILETTO TOOLS, INC., Defendant VAUGHAN and DOES 1-10 pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated:  July 22, 2005                    MEATH & PEREIRA


                                         By:  S./ GREGORY T. MEATH
                                             Gregory T. Meath
                                             Attorneys for Plaintiff
                                             STILETTO TOOLS, INC.



Dated: July 19, 2005                     MAYER, BROWN, ROWE & MAW LLP



                                         By:  S./ SHIRISH GUPTA
                                             Shirish Gupta
                                             Attorneys for Defendant
                                             VAUGHAN & BUSHNELL
                                             MANUFACTURING CO., INC.

## ORDER

IT IS SO ORDERED.


Dated:  ____August 8, 2005_              _____/s/ OLIVER W. WANGER
                                         OLIVER W. WANGER
                                         U.S. District Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
CASE NO. 1:04-cv-6386 OWW/DLB

PDF created with pdfFactory trial version www.pdffactory.com